UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR97-1261-WDK: USA -v-Michael Louis Jackson | Date | June 11, 2008 |
|---|---|---|---|

| Present: The Honorable | WILLIAM D. KELLER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Patricia Gomez | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael Louis Jackson | Not | | | | Not | | |

**Proceedings:**   (IN CHAMBERS) Order GRANTING Motion to Terminate Supervised Release (3/11/08, #62)

Before the Court is the motion by defendant Michael Louis Jackson for early termination of his period of supervised release. Given Jackson's success after six years of supervised release and the support of the motion by the government and probation office, the Court finds good cause for early termination of supervised release.

The motion is GRANTED. Supervised release is terminated.

IT IS SO ORDERED.

|  | 0 | : | 0 |
|---|---|---|---|
|  | Initials of Deputy Clerk | | PG |

cc: